No. 3. THE CEDAR RAPIDS WATER COMPANY, PLAINTIFF IN ERROR, v. THE CITY OF CEDAR RAPIDS ET AL.  In error to the Supreme Court of the State of Iowa. Argued October 17, 1905.  Decided October 23, 1905.  Per Curiam.  Dismissed for want of jurisdiction.  Kimball v. Kimball, 174 U. S. 158; Mills v. Green, 159 U. S. 651; California v. San Pablo and Tulare Railroad Company, 149 U. S. 308; Little v. Bowers, 134 U. S. 547. Mr. Charles A. Clark for plaintiff in error.  Mr. John N. Hughes for defendants in error.

---

No. 15. THE PEOPLE OF THE STATE OF ILLINOIS EX REL. FRANK O. ANDERSON, PLAINTIFF IN ERROR, v. WILLIAM VREDENBURGH, INSURANCE SUPERINTENDENT, ETC.  In error to the Supreme Court of the State of Illinois.  Submitted for defendant in error October 19, 1905.  Decided October 23, 1905. Per Curiam.  Dismissed for want of jurisdiction. Schlosser v. Hemphill, 198 U. S. 173.  Mr. George W. Wall for defendant in error.  No brief filed for plaintiff in error.

---

No. 16. THE CONTINENTAL INSURANCE COMPANY, PLAINTIFF IN ERROR, v. WILLIAM VREDENBURGH, INSURANCE SUPERINTENDENT, ETC.  In error to the Supreme Court of the State of Illinois.  Submitted for defendant in error October 19, 1905.  Decided October 23, 1905.  Per Curiam.  Dismissed for want of jurisdiction.  Schlosser v. Hemphill, 198 U. S. 173.  Mr. George W. Wall for defendant in error.  No brief filed for plaintiff in error.